UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL IBN MANLEY, | Case No. 2:23-cv-00039-JDP (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| TAMMY CAMPBELL, | ECF No. 7 |
| Respondent. | |

Petitioner has filed a motion for an extension of time to file an amended petition. ECF No. 7. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 7, is granted.

2. Petitioner is granted thirty days from entry of this order to file an amended petition.

IT IS SO ORDERED.

Dated: March 27, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE