UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL IBN MANLEY, | Case No. 2:23-cv-00039-JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| TAMMY CAMPBELL, | |
| Respondent. | |

Petitioner has filed a motion for an extension of time to file an amended petition. ECF No. 9. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 9, is granted.

2. Petitioner is granted thirty days from entry of this order to file an amended petition.

IT IS SO ORDERED.

Dated: __May 2, 2023__   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE