UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL IBN MANLEY, | Case No. 2:23-cv-00039-WBS-JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| TAMMY CAMPBELL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2023 the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 19, 2023, are adopted in full.

2. This action is dismissed without prejudice for failure to prosecute for the reasons set

1

forth in the magistrate judge's orders of July 11, 2023, and September 19, 2023, orders

    3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

    4. The Clerk of Court is directed to close this case and to enter judgment accordingly.

Dated: November 1, 2023

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE